CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Email: richard.ewenstein@usdoj.gov

Attorneys for United States of America

FILED

April 29, 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:26-mj-70567-MAG-1 |
| Plaintiff, | [PROPOSED] DETENTION ORDER |
| v. | |
| RONNIE ROGERS, | |
| Defendant. | |

On April 15, 2026, defendant Ronnie Rogers was charged by Indictment in the Western District of Louisiana with Attempted Enticement of a Minor to Engage in Sexual Activity, in violation of Title 18 U.S.C. § 2422(b).  Docket No. 3:26-cr-00149-01.

This matter came before the Court on April 28, 2026, for a detention hearing.  The defendant was present and represented by Assistant Federal Public Defender Ned Smock.  Assistant United States Attorney Richard Ewenstein appeared for the government.  The government moved for detention, and the defendant opposed.  At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.  Accordingly, the

defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following finding as the basis for its conclusion: Mr. Rogers is accused of an offense against a minor victim and was on parole for another offense against a minor victim at the time of the offense.  This finding is made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.    The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.    The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED:  April _29_, 2026

HONORABLE ALEX G. TSE
United States Magistrate Judge

[PROPOSED] DETENTION ORDER                    2                                    v. 11/01/2018
3:26-mj-70567-MAG-1